## SHARON BENDER v. MARK BENDER

The defendant's petition for certification for appeal from the Appellate Court, 60 Conn. App. 252 (AC 18968), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's award of the defendant's nonvested pension benefit was not impermissibly speculative?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16434.

*Barry T. Pontolillo*, in support of the petition.

*Joseph R. Galotti, Jr.*, in opposition.

Decided December 5, 2000

## DANA INVESTMENT CORPORATION v. RICHARD SCHLESINGER ET AL.

The petition by the substitute plaintiff Quik-Power International Corporation for certification for appeal from the Appellate Court, 60 Conn. App. 76 (AC 19314), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*W. Bradley Morehouse*, in support of the petition.

*Francis G. Pennarola* and *John B. Grant, Jr.*, in opposition.

Decided December 5, 2000